IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Kennedy Minnifield 130651
_____   )
Full name and prison number )
of plaintiff(s)             )
                            )
V. ~~[redacted]~~           )   CIVIL ACTION NO. 2:06-CV-1044-WKW
   ~~[redacted]~~           )   (To be supplied by the clerk
                            )    of U.S. District Court)
Bullock County Jail and     )
Chief Jailer: CRT. P.       )
_____   )
                            )
_____   )
                            )
_____   )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the  )
persons.)                   )

RECEIVED
2006 NOV 21  A 10: 36
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal
          court dealing with the same or similar facts involved
          in this action?   YES( )  NO(✓)

     B.   Have you begun other lawsuits in state or federal
          court relating to your imprisonment?  YES( )  NO(✓)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____ N/A _____

               Defendant(s) _____ N/A _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition _____

II. Place of present confinement Holman unit 3700- Atmore Ala. 36503

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer is NO, explain why not? Plaintiff is Currently housed in alabama Prison for the Mentally illness.

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Kennedy Minnifield

Address Holman unit 3700- Atmore Ala. 36503

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **Chief Jailer Cirt. P**
   is employed as **Bullock County Jail and Chief Jailer**
   at **Jail 114 West Hardoway Street Union Springs Ala. 36089**

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

(1) (Jail over Crowder) - Plaintiff was on of the Jail inmate who was Sleeping on Jail floor.

(2) (Lack of Security at Bullock County Jail.)

(3) It is no Sick call in this Jail. or no Medication facility at this Jail. Plaintiff fail in the Jail Shower and hurted his back. Could not get medication treatment.

(4.) Could not get Mental Health treatment. It have no Proffersonal Mental Health Staff at this Jail. no nurse's or no Doctor to treat the inmate. The Jailer Pass out the Pills or med's at the Jail

(5) Jail do not feed 3 full Balanced meal at all. Breakfast I eat a Small bowl of Cereal or Cheerion and a breakfast bar.

It is a Health Hazzard. Jail TV. Set on a Card Board Box on floor. It is not no windows in cell doors. it is not no Store or Canteen in the Jail.

Jail do not Count or Check on the inmate at Jail. they never Count the inmate.

(6) Jail feed one Peace of ham as (1) Sandwitch and a Small bag of Small Chip to Eat at Lunch. and May get a hot meal a Supper.

(7) It is not a Law Library at all at Jail. I Could Work on My Case. Since Jail has no Law Library. (8) I never walk 45 minutes because Jail do not allow no inmates to walk at all. (8) It is no Chaple or Church Service at all. (9) The Jailer or Shreeff look at TV at Work in Cube.

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Request for a Attorney.

(1) Will the Court Please give Kennedy Minnifield a Counsel or Attorney to help me. Because inmate Minnifield Cannot Read or write to good.

(2) Due to Plaintiff Minnifield was in Jail over Crowded Will Court Grant time Cut. or time Server Due to over Crowded. Due to Plaintiff Could not get medication treatment or Mental health treatment. I would like the Court to award me 3. Million dollars. for trouble and emotional Stress. under feed 3 full meal every Day At the Jail

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  14 NOV 06
                    (date)

Kennedy Minnifield

Charlie Portis
My Commission Expires May 3, 2010
Signature(s)

-7-