O 2  (10/03)

# UNITED STATES DISTRICT COURT

__Middle__    District of    __Alabama__

RECEIVED

2006 NOV 21  A 10: 36

DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

Defendant

CASE NUMBER: 2: 06-CV-1044-WKW

I, _Kennedy Munyford #130651_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. yes will the Court Proceed without Payment.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at this institution? _____ Do you receive any payment from the Institution? _____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your last employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ( )   No (X)

If the answer is "yes," describe the poroperty and state its approximate value.

N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____
           (date)

_____
Signature of Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 8.19 on account to his credit at the Holman CF institution where he is confined on this 11/14/2006
                                                      (date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1. $ 8.19 on the 1st day of Nov 2006
2. $ 0.26 on the 1st day of Oct 2006
3. $ 0.00 on the 1st day of Sept 2006
4. $ 8.19 on the 1st day of Aug 2006
5. $ 8.19 on the 1st day of July 2006
6. $ 8.19 on the 1st day of June 2006

_____
Authorized Officer of Institution