IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNEDY MINNIFIELD, #130651,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-1044-WKW [WO] |
| ) | |
| **BULLOCK COUNTY JAIL**, *et al.*, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT**

COMES NOW the Defendant, Curtis Pritchett, and moves this honorable Court for an extension of time in which to file his Special Report. As the reason for so moving, the Defendant states that the gathering of information with which to respond to the Plaintiff's claims has taken longer than expected, particularly in light of the Christmas Holidays, and Defendant is in need of additional time in which to thoroughly address said claims.

WHEREFORE, Defendant Pritchett requests an extension of time of fourteen (14) days, up to and including January 23, 2007, in which to file his Special Report.

Respectfully submitted, this 5th day of January, 2007.

                                           **s/Scott W. Gosnell**
                                           SCOTT W. GOSNELL – Bar No. GOS002
                                           Attorney for Defendant
                                           WEBB & ELEY, P.C.
                                           7475 Halcyon Pointe Road (36117)
                                           Post Office Box 240909
                                           Montgomery, Alabama 36124
                                           Telephone: (334) 262-1850
                                           Fax: (334) 262-1889
                                           E-mail: sgosnell@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

>   Kennedy Minnifield
>   Inmate Identification Number 130651
>   Holman Unit 3700
>   Atmore, Alabama  36503


>   **s/Scott W. Gosnell**
>   OF COUNSEL