**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KENNEDY MINNIFIELD, #130651,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:06-cv-1044-WKW** |
| | ) | |
| **BULLOCK COUNTY JAIL,** *et al.*, | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and enters

his Notice of Appearance as counsel of record for Curtis Pritchard, Defendant in the above-

styled cause.

Respectfully submitted this the 13th day of February, 2008.

> **s/Joseph L. Hubbard, Jr.**
> JOSEPH L. HUBBARD, JR. (HUB015)
> Attorney for Defendant Pritchard

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  jhubbard@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Kennedy Minnifield
#130651
Holman Unit 3700
Atmore, Alabama  36503

**s/Joseph L. Hubbard**
OF COUNSEL