IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNEDY MINNIFIELD, #130651, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1044-WKW |
| | ) |
| CURTIS PRITCHARD, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw as counsel for the defendant filed by Scott W. Gosnell on February 13, 2008 (Court Doc. No.13) and for good cause, it is

ORDERED that the motion to withdraw be and is hereby GRANTED.

Done this 14th day of February, 2008.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE