IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

KENNEDY MINNIFIELD,

    Plaintiff,

v.

BULLOCK COUNTY JAIL, et al.,

    Defendants,

CASE NO. 2:06-cv-1044-WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Curtis Pritchard__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/15/2008
Date

(Signature) Joseph L. Hubbard, Jr.
(Counsel's Name)
Curtis Pritchard
Counsel for (print names of all parties)
Post Office Box 240909
Montgomery, Alabama 26124
Address, City, State Zip Code
(334) 262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __15th___ day of _February_____ 20_08_ to:

Kennedy Minnifield

#130651

Holman Unit 3700

Atmore, Alabama  36053


2/15/2008
Date

Signature