IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNEDY MINNIFIELD, #130651,** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**BULLOCK COUNTY JAIL,** *et al.*, )<br>)<br>   **Defendant.** ) | Civil Action No. 2:06-cv-1044-WKW |

## NOTICE OF APPEARANCE

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

                                       **s/Jamie K. Hill**
                                       JAMIE K. HILL (HIL060)
                                       Attorneys for Defendant
                                       WEBB & ELEY, P.C.
                                       7475 Halcyon Pointe Drive (36117)
                                       Post Office Box 240909
                                       Montgomery, Alabama  36124
                                       Telephone:  (334) 262-1850
                                       Fax:  (334) 262-1889
                                       E-mail:  jhill@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Kennedy Minnifield
#130651
Holman Unit 3700
Atmore, Alabama  36503

                              **s/Jamie K. Hill**
                              OF COUNSEL