IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNEDY MINNIFIELD, #130651,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-1044-WKW |
| ) | |
| **BULLOCK COUNTY JAIL**, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Curtis Pritchard, Defendant in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Jamie K. Hill of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendant Curtis Pritchard contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of said Defendant.

Respectfully submitted this the 30th day of May, 2008.

s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
WEBB & ELEY, P.C.
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: jhubbard@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Kennedy Minnifield
#130651
Holman Unit 3700
Atmore, Alabama  36503

                                              **s/Joseph L. Hubbard, Jr.**
                                              OF COUNSEL