**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                    TELEPHONE (334) 954-3600

June 2, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Minnifield v. Pritchard et al**

**Case Number:   2:06cv01044-WKW**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to reflect the correct electronic signature on the certificate of service page.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 18   filed on   May 30, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNEDY MINNIFIELD, #130651,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-1044-WKW |
| ) | |
| **BULLOCK COUNTY JAIL,** *et al.***,** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

        **s/Jamie K. Hill**
        JAMIE K. HILL (HIL060)
        Attorneys for Defendant
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  jhill@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Kennedy Minnifield
#130651
Holman Unit 3700
Atmore, Alabama  36503

                                            **s/Jamie K. Hill**
                                            OF COUNSEL