IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNEDY MINNIFIELD, #130651,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-1044-WKW |
| ) | |
| **BULLOCK COUNTY JAIL**, *et al.*, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and enters his Notice of Appearance as counsel of record for Curtis Pritchard, Defendant in the above-styled cause.

Respectfully submitted this the 28th day of August, 2008.

                                                      s/Joseph L. Hubbard, Jr.
                                                    JOSEPH L. HUBBARD, JR. (HUB015)
                                                    Attorney for Defendant Pritchard

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 28th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and served the following by U.S. Mail:

Kennedy Minnifield
#130651
Holman Unit 3700
Atmore, Alabama  36503

                              **s/Joseph L. Hubbard**
                              OF COUNSEL