IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNEDY MINNIFIELD, #130651, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1044-WKW[WO] |
| ) | |
| CURTIS PRITCHARD, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 23), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that Defendant's motion for summary judgment is GRANTED to the extent that Defendant seeks dismissal of this case due to Plaintiff's failure to properly exhaust an administrative remedy previously available to him at the Bullock County Jail, and that this case is DISMISSED with prejudice, in accordance with the provisions of 42 U.S.C. § 1997e(a) for Plaintiff's failure to exhaust an administrative remedy available to him during his confinement in the Bullock County Jail.

An appropriate judgment will be entered.

DONE this 12th day of June, 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE